# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ADOPTION OF Z.T., A MINOR | : No. 512 WAL 2014 |
| | : |
| | : |
| | : |
| PETITION OF: M.T., BIOLOGICAL FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal; and Mother and adoptive Father's request to remand to trial court for an award of counsel fees is **DENIED**.